SPINKS MANUFACTURING COMPANY, A CORPORATION ORGAN-
IZED AND EXISTING UNDER THE LAWS OF THE STATE OF
FLORIDA, *Plaintiff in Error*, v. ALEXANDER F. MEGUIAR,
*Defendant in Error*.

En Banc.

Decision Filed July 16, 1925.

A Writ of Error to the Circuit Court for Lake County;
C. O. Andrews, Judge.

*L. W. Duval*, for Plaintiff in Error;

No appearance for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for plaintiff in error, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said judgment; it is, therefore, considered,
ordered and adjudged by the Court that the said judgment
of the Circuit Court be, and the same is hereby, affirmed.

All concur.